UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LESTER C. WILSON, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 2:08-cv-00353-LSC-HGD |
| SHERIFF JERRY STUDDARD, et al., | ) |
| Defendants | ) |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on December 23, 2008, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

Done this 2nd day of February 2009.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671